FILED
United States Court of Appeals
Tenth Circuit

April 3, 2026

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

EVA DALEY,

Petitioner - Appellee,

v.

DAWN CEJA, in her official capacity as Warden of the Aurora Contract Detention Facility owned and operated by GEO Group, Inc., et al.,

Respondents - Appellants.

------------------------------

HABEAS AND IMMIGRATION LAW SCHOLARS, et al.,

Amici Curiae.

No. 24-1191
(D.C. No. 1:22-CV-03043-RM)
(D. Colo.)

# ORDER

Before **HOLMES**, Chief Judge, **KELLY**, and **FEDERICO**, Circuit Judges.

Appellants' petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular

active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court

Per Curiam